**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-2295

CHARLES WILLIAM LEVY,

                                    Plaintiff - Appellant,

        versus

COUNTY OF FAIRFAX, Virginia; FAIRFAX COUNTY
DEPARTMENT  OF  HOUSING  AND  COMMUNITY
DEVELOPMENT,

                                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Chief
District Judge.  (CA-03-953-A)

Submitted:  February 19, 2004        Decided:  February 24, 2004

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles William Levy, Appellant Pro Se.  Edward Everett Rose, III,
COUNTY ATTORNEY'S OFFICE, Fairfax, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles William Levy appeals the district court's order dismissing without prejudice his civil complaint. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Levy v. County of Fairfax, No. CA-03-953-A (E.D. Va. Oct. 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED